```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
SUK JOON RYU, a/k/a JAMES S. RYU,         :
                                          :
                                          :   18 Civ. 1236 (JSR)
     Plaintiff,                           :
                                          :   ORDER
     -v-                                  :
                                          :
HOPE BANCORP, INC., as successor          :
by merger to Wilshire Bancorp, Inc.,      :
                                          :
     Defendant.                           :
------------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On August 29, 2018, the Honorable Katharine H. Parker, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending the granting of plaintiff Suk Joon Ryu's motion for advancement of certain legal fees and expenses, subject to several limitations. Magistrate Judge Parker also recommended a procedure for the advancement of fees going forward. On September 12, 2018, Ryu and defendant Hope Bancorp, Inc. both filed objections to certain portions of the Report and Recommendation. The Court has reviewed the objections and the underlying record de novo.

Having done so, the Court finds itself in complete agreement with Magistrate Judge Parker's truly excellent Report and Recommendation and hereby adopts its reasoning by reference. Accordingly, the Court hereby grants Ryu's motion, subject to

the limitations contained in Magistrate Judge Parker's Report and Recommendation. The Court also hereby orders the implementation of Magistrate Judge Parker's recommended procedure for the advancement of fees going forward. The Clerk is instructed to close docket number 53.

SO ORDERED

Dated: New York, NY
September 17, 2018

JED S. RAKOFF, U.S.D.J.