```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SUK JOON RYU, a/k/a JAMES S. RYU,       :
                                        :    18-cv-1236 (JSR)
          Plaintiff,                    :
                                        :
     -v-                                :
                                        :
HOPE BANCORP, INC., as successor        :    ORDER
by merger to Wilshire Bancorp, Inc.,    :
                                        :
          Defendant.                    :
----------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

On March 3, 2020, the Honorable Katharine H. Parker, United States Magistrate Judge, issued an Amended Report and Recommendation recommending the granting of plaintiff Suk Joon Ryu's third application for advancement of certain legal fees and expenses, subject to several limitations. See Amended Report and Recommendation, ECF No. 166 ("R&R"). Subsequently, Ryu filed two "objections" to the R&R,[1] see ECF No. 167, and Defendant Hope Bancorp, Inc. responded to Ryu's "objections," see ECF No. 168.

---

[1] The first "objection" is a backdoor request for the Court to reconsider its prior holding that fees and costs related to Ryu's appeal of the gag order in Bank of Hope v. Miye Chon, et al., No. 2:14-cv-1770 (KM) (JAD) (D.N.J.) are not advanceable. See ECF No. 165, at 2-4. The Court sees no reason to reconsider its prior decision and hereby overrules this "objection."

The second "objection" relates to the issue of whether fees and costs incurred after October 1, 2019 are advanceable, on which the Magistrate Judge correctly decided not to rule, because the issue of whether Ryu continues to have advancement rights after October 1, 2019 is outside the scope of the reference to the Magistrate Judge. See R&R 2 n.1. Ryu's "objection" here is that Hope Bancorp must raise this issue with

1

Based on the Court's de novo review of the R&R, the "objections" and responses, and the underlying record, the Court finds itself in complete agreement with Magistrate Judge Parker's R&R and adopts its reasoning by reference. Accordingly, the Court grants Ryu's motion, subject to the limitations contained in Magistrate Judge Parker's R&R, with respect to the portions that the R&R addresses. The amount due to Ryu in connection with these portions of his third application is $12,625.00 plus pre-judgment interest at the rate of 9% per annum. See N.Y.C.P.L.R. § 5004. Hope Bancorp must pay this amount by no later than April 17, 2020, at 5:00 p.m.

With respect to the one issue not addressed by the R&R regarding fees and costs incurred after October 1, 2019, see R&R 2 n.1, the Court sets the following briefing schedule: (1) Hope Bancorp's moving brief, not to exceed five double-spaced pages, due April 17, 2020, at 5:00 p.m.; and (2) Ryu's responding brief, not to exceed five double-space pages, due April 22, 2020, at 5:00 p.m. There will be no reply brief, and no oral argument will be held.

SO ORDERED.

Dated: New York, NY
April 10, 2020

_____
United States District Judge

---

the Court immediately, which the Court agrees with. Accordingly, the Court sets a briefing schedule as set forth in this Order.